**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2202

_____

ANDRE J. HOWARD, & Family Members,

             Plaintiffs - Appellants,

      v.

WASHINGTON COUNTY; ABINGDON VIRGINIA,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  Samuel G. Wilson, District Judge.  (1:12-cv-00035-SGW)

_____

Submitted:  February 26, 2013        Decided:  February 28, 2013

_____

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Andre J. Howard, Appellant Pro Se.  Henry Keuling-Stout, KEULING-STOUT, PC, Big Stone Gap, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre J. Howard, et al., appeal the district court's order dismissing their civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Howard v. Washington County, No. 1:12-cv-00035-SGW (W.D. Va. filed Sept. 19, 2012; entered Sept. 21, 2012). We deny Howard's motion for judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED